IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:10-CR-54 MAc |
| | § | |
| ANGELA SHANTELL FARR (2) | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on July 18, 2018, to determine whether Defendant violated her supervised release. Defendant was represented by Denise Benson. The Government was represented by Andrew Stover.

On April 18, 2011, Defendant was sentenced by the Honorable Richard A. Schell, United States District Judge, to a sentence of seventy-two (72) months imprisonment followed by a five (5) year term of supervised release for the offense of Conspiracy to Possess with Intent to Distribute Cocaine Base. Defendant began her term of supervision on February 20, 2015. This case was transferred to the Honorable Marcia A. Crone on May 31, 2016.

On June 26, 2018, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 109). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; (2) Defendant shall not unlawfully possess a controlled substance; (3) Defendant shall not leave the judicial district without the permission of the Court or probation officer; (4) Defendant shall report to the probation officer and shall submit a truthful and complete written report within

the first five days of each month; and (5) Defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

      The Petition alleges that Defendant committed the following violations: (1) On March 7, 2018, Defendant was arrested by the Gainesville, Texas, Police Department for the offenses of Tamper/Fabricate Physical Evidence; Possession of a Dangerous Drug (Gabapentin); and Possession of Drug Paraphernalia. On June 7, 2018, Defendant pled guilty to Tampering with Physical Evidence and was sentenced to three years imprisonment in the Texas Department of Criminal Justice in the 235th Judicial District Court of Cooke County, Texas, Case No. CR 18-00239. The remaining two charges were not filed. Additionally, on January 19, 2017, Defendant was convicted of Theft, a Class B Misdemeanor, in the 235th Judicial District Court of Cooke County, Texas, in Case No. CR 16-00246, and sentenced to 150 days in Cooke County Jail; (2) On April 11, 2107, the U.S. Probation Office was notified by Immigration and Customs Enforcement that Defendant traveled on the cruise shop Carnival Valor to Mexico without permission. On April 17, 2017, Defendant admitted to traveling outside the country without the permission of her probation officer or the Court; (3) On February 12, 2018, a text message and email were sent to Defendant instructing her to report to the U.S. Probation Office on February 15, at 10:00 a.m. Defendant failed to report to the U.S. Probation Office as instructed on February 14, 2018; and (4) Defendant failed to maintain employment as instructed from November, 2017, until the date of her arrest on March 7, 2108.  At the hearing, Defendant entered a plea of true to allegations 1 and 2.  Defendant waived her right to allocute before the district judge and her right to object to the report and recommendation of this Court.  The Court finds that Defendant has violated the terms of her supervised release.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the July 18, 2018, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen (18) months, with a one (1) year term of supervised release to follow. The Court further recommends that Defendant's term of imprisonment be carried out in FCI Carswell, if appropriate.

**SIGNED this 31st day of July, 2018.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE